1  MELINDA HAAG, CSBN 132612
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney
E-mail: ila.deiss@usdoj.gov
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
Telephone: (415) 436-7124
7  FAX: (415) 436-7169

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  AMERICAN CIVIL LIBERTIES UNION OF      )
NORTHERN CALIFORNIA; SAN              )  No. C 11-3949 SC
13  FRANCISCO BAY GUARDIAN,              )
                                         )
14                                        )  **JOINT CASE MANAGEMENT
                                         )  CONFERENCE STATEMENT; and**
              Plaintiffs,                )  **[PROPOSED] ORDER**
15                                        )
        v.                               )
16                                        )  Date:  November 29, 2011
FOOD AND DRUG ADMINISTRATION,         )  Time:  10:00am
17                                        )
              Defendant.                 )
18  _____  )

19        The parties hereby submit the following Joint Further Case Management Conference

20  Statement pursuant to Rule 16-9 of the Local Civil Rules for the Northern District of California:

21        1. Jurisdiction and Service: There are no issues concerning personal jurisdiction, venue or

22  service.  Plaintiff brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. §

23  552(a)(4)(B) and 28 U.S.C. § 1331.  All parties have been served.

24        2. Facts: By their Complaint, Plaintiffs submitted a twelve-item FOIA request on January 4,

25  2011, to Defendant United States Food and Drug Administration (FDA).

26        3. Legal Issues: Whether Defendant has met its obligations to Plaintiffs under the FOIA.

27        4. Motions: The parties anticipate that this matter can be resolved through cross-motions

28  for summary judgment.

5.  Amendment of Pleadings: None.

6.  Evidence Preservation: Both Plaintiffs and Defendant have taken affirmative steps to preserve documents and evidence related to this action.

7.  Disclosures: Defendant will produce the final FOIA disclosures responsive to Plaintiffs' January 2011 request by January 2, 2012.

8.  Discovery: Not applicable.

9.  Class Actions: Not applicable.

10.  Related Cases: None.

11.  Relief: Plaintiff seeks an order directing Defendant to cease and desist from wrongfully withholding documents.

12.  Settlement and ADR: The parties intend to ask to be exempt from the formal ADR program.

13.  Consent to Magistrate Judge for All Purposes: Defendant does not consent to have a magistrate judge conduct all further proceedings.

14.  Other References: None.

15.  Narrowing of Issues: None at this time.

16.  Expedited Schedule: The parties believe that this matter can be solved through cross-motions.

17.  Scheduling:

The parties have agreed upon the following briefing schedule for cross-motions (which would reduce from 6 to 4 the total number of briefs).

| | |
|---|---|
| Defendant's Motion for Summary Judgment | February 10, 2012 |
| Plaintiffs' Cross-Motion and Opposition | March 2, 2012 |
| Defendant's Cross-Opposition and Reply | March 23, 2012 |
| Plaintiffs' Reply | April 13, 2012 |

**Hearing: May 4, 2012 at 10:00 a.m.**

18.  Trial: This case can be decided on motion; no trial is necessary.

19.  Disclosure of Non-party Interested Entities or Persons: As set forth in Plaintiffs' Civil

1   L.R. 3-16 statement filed on August 11, 2011, the undersigned counsel for Plaintiffs certifies that

2   other than the named parties, there is no such interest to report.  The disclosure requirement in Civil

3   L. R. 3-16 does not apply to governmental entities.

4        20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this

5   matter: None.

6   Dated: November 22, 2011              Respectfully submitted,

7                                         MELINDA HAAG
                                          United States Attorney
8

9                                         _____/s/_____
                                          ILA C. DEISS
10                                        Assistant United States Attorney
                                          Attorneys for Defendant
11

12
    Dated: November 22, 2011             _____/s/_____
13                                        LINDA LYE
                                          Attorney for Plaintiffs
14

15

16
                      **CASE MANAGEMENT ORDER**
17
         The Case Management Statement and Proposed Order are hereby adopted by the Court as
18
    the Case Management Order for the case, and the parties are ordered to comply with this Order.
19

20  Dated: November 28, 2012            _____
                                          SAMUEL CONTI
21                                        United States District Judge

22

23

24

25

26

27

28