MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
E-mail: ila.deiss@usdoj.gov

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN,<br><br>            Plaintiffs,<br><br>   v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>            Defendant. | No. C 11-3949 SC<br><br>**STIPULATED REQUEST TO VACATE SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE AND SET A FURTHER CASE MANAGEMENT CONFERENCE; and [~~PROPOSED~~] ORDER** |

     Pursuant to Civil L.R. 6-2 and 7-12, the parties submit the following stipulated request for an order to vacate the cross-motions for summary judgment briefing schedule and hearing date.

     1.    On November 28, 2011, the Court approved the parties' proposed briefing schedule for cross-motions for summary judgment, which was set to begin on February 10, 2012, and set a hearing date for May 4, 2012.

     2.    On February 10, 2012, the Court approved the parties' request to reset the cross-motions for summary judgment briefing schedule and hearing date.  Accordingly, the briefing schedule was reset to begin on April 11, 2012, and the hearing date was reset to July 6, 2012,  at 10:00 a.m.

     3.    Defendant has completed the production under FOIA as of January 30, 2012.

4. The parties have met and conferred and there are no further matters in dispute except possible fees under 5 U.S.C. § 552(a)(4)(E).

5. Accordingly, the parties request that the Court vacate the briefing schedule and hearing date reset in paragraph 2 above, and to set a case management conference approximately 60 days from this request.

6. In the interim, the parties will either file a stipulation of dismissal or bring the appropriate motion regarding fees to the Court.

Dated: March 14, 2012                           Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney


                                                _____/s/_____
                                                ILA C. DEISS
                                                Assistant United States Attorney
                                                Attorneys for Defendant


Dated: March 14, 2012                           _____/s/_____
                                                LINDA LYE
                                                Attorney for Plaintiffs


### [~~PROPOSED~~] ORDER

Pursuant to the stipulation, IT IS SO ORDERED. The briefing schedule and hearing on cross-motions for summary judgment is vacated. A further Case Management Conference is set for __July 27, 2012__, with a joint status report seven days prior.

Dated:  March 14, 2012                          _____
                                                SAMUEL CONTI
                                                United States District Judge

                                                *[Signature: Judge Samuel Conti]*
                                                *[Seal: United States District Court, Northern District of California — IT IS SO ORDERED]*

Stipulated Request to Vacate Summary Judgment Briefing Schedule and Hearing Date; and [Proposed] Order
C 11-3949 SC                                    2