1 | MELINDA HAAG, CSBN 132612
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney
E-mail: ila.deiss@usdoj.gov
5 |
   | 450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102
Telephone: (415) 436-7124
7 | FAX: (415) 436-7169

8 | SARATH SANGA
Certified Student Attorney
9 | Attorneys for Defendant

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | AMERICAN CIVIL LIBERTIES UNION OF
NORTHERN CALIFORNIA; SAN
14 | FRANCISCO BAY GUARDIAN,

No. C 11-3949 SC

SETTLEMENT AGREEMENT AND
[PROPOSED] ORDER

15 | Plaintiffs,

16 |

17 | v.

18 | FOOD AND DRUG ADMINISTRATION,

Defendant.

19 |

20 | In consideration of the terms set forth in this Settlement Agreement and the covenants and

21 | conditions contained herein (the "Agreement"), Plaintiffs American Civil Liberties Union of

22 | Northern California and San Francisco Bay Guardian (collectively, the "Plaintiffs"), and

23 | Defendant United States Food and Drug Administration (the "Defendant"), by and through their

24 | undersigned counsel, hereby agree as follows:

25 | WHEREAS, on January 4, 2011, Plaintiffs submitted to Defendant a Freedom of

26 | Information Act ("FOIA") request;

27 | WHEREAS, to date, Defendant has provided a final response to this FOIA request;

28 | WHEREAS, after good-faith negotiations, Plaintiffs and Defendant (collectively, the

"Parties") have agreed to resolve this matter upon the terms, and subject to the conditions set forth in this Agreement.

IT IS HEREBY AGREED AS FOLLOWS:

1.      The Parties agree that Plaintiffs shall dismiss the above-entitled action with prejudice upon the Court's execution of the proposed order in exchange for Defendant's agreement to pay Plaintiffs reasonable attorney fees in the amount of thirty thousand, two hundred and twenty-five dollars and zero cents ($30,225.00). Payment shall be made as soon as practicable by electronic funds transfer, and counsel for Plaintiffs will provide the necessary information to counsel for Defendant to effectuate the transfer. This payment shall constitute the full and final satisfaction of any and all of Plaintiffs' claims for attorney's fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest.

2.      The Parties agree that upon the execution of this Agreement, Plaintiff hereby releases and forever discharges Defendants, and its successors, the United States of America, and any department, agency, or establishment, from any and all claims and causes of action that Plaintiff asserts or could have asserted in this litigation, or which hereinafter could be asserted by reason of, with respect to, or in connection with, or which arises out of, any of the matters alleged in the Complaint in this action.

3.      The Parties acknowledge that this Agreement is entered solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as an admission by any party of the truth of any allegation or the validity of any claim asserted in this action.  This Agreement shall not be used in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding.

//

//

//

Settlement Agreement and [Proposed] Order
C 11-3949 SC                                    2

1    4.    The Parties agree that this Court shall retain jurisdiction over this matter solely for

2  the purposes of resolving any dispute arising out of, relating to, or alleging a breach of this

3  Agreement.

4

5  Dated: July 3, 2012

6

7

8    _____/s/_____          _____/s/_____
     LINDA LYE                                   ILA C. DEISS
9    Staff Attorney, ACLU                        Assistant United States Attorney
     Attorney for Plaintiffs                     Attorneys for Defendant
10

11

12                              **[PROPOSED] ORDER**

13

14

15    The Parties are hereby ordered to comply with the foregoing terms of the Parties'

   Settlement Agreement.

16    In light of the foregoing Agreement, the July 27, 2012 further case management conference

17  scheduled in this action is hereby VACATED.

18    This Court shall retain jurisdiction over this matter for the purposes of resolving any

19  dispute arising out of, relating to, or alleging a breach of the Parties' Agreement.

20

21  DATED: _____, 2012

22

23

24                                        _____
                                          SAMUEL CONTI
25                                        United States District Judge

26

27

28